Hand-Delivered

FILED
CHARLOTTE, NC

JAN 28 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF NORTH CAROLINA**

**JAMEEKIA SWEET HART,**
Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
Defendant.

Civil Action No.: 3:26-CV-73-MEO

# COMPLAINT

**(Fair Credit Reporting Act – Accuracy Only)**
**15 U.S.C. §1681e(b)**

## I. JURISDICTION AND VENUE

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq.
2. This Court has subject matter jurisdiction under 28 U.S.C. §1331 because this action arises under federal law.
3. Venue is proper in this District pursuant to 28 U.S.C. §1391 because Plaintiff resides in this District and Defendant regularly conducts business here and furnished consumer reports affecting Plaintiff here.

## II. PARTIES

4. Plaintiff Jameekia Sweet Hart is a natural person and a "consumer" as defined by 15 U.S.C. §1681a(c).
5. Defendant **Experian Information Solutions, Inc.** ("Experian") is a consumer reporting agency as defined by 15 U.S.C. §1681a(f) and regularly assembles and disseminates consumer credit reports in interstate commerce.

## III. STATUTORY DUTY

6. Experian is required by 15 U.S.C. §1681e(b) to follow **reasonable procedures to assure maximum possible accuracy** of the information it reports about consumers.
7. This duty exists **independently of any dispute** and applies at all times when Experian publishes consumer reports.

## IV. FACTUAL ALLEGATIONS

### A. American Express – Incomplete Lifecycle Reporting

8. Experian reports an American Express tradeline on Plaintiff's consumer credit report as having been opened on or about **October 19, 2022** (year as reported by Experian).
9. Despite the reported open date, Experian fails to report any payment history, balances, or account activity for a substantial portion of the account's lifespan prior to 2024.
10. Reporting an early open date while omitting the majority of the account's historical data renders the tradeline **incomplete and materially misleading**, distorting the account's age, performance, and risk profile.

### B. Discover – Verified Yet Incomplete Reporting

11. Experian reports a Discover tradeline on Plaintiff's consumer credit report and represents the tradeline as **"verified and updated"** on or about January 26, 2026.
12. Despite this representation, the Discover tradeline contains missing months and gaps in payment history and lacks complete historical continuity.
13. A tradeline that omits material historical information cannot be accurate, and labeling such a tradeline as "verified" falsely signals completeness and accuracy to users of the report.

### C. Mercedes-Benz Financial Services – Mathematical Inconsistencies

14. Experian reports a Mercedes-Benz Financial Services tradeline reflecting a charge-off amount, a substantial post-charge-off payment, and a remaining balance.
15. The reported figures do not reconcile mathematically and cannot coexist under basic accounting principles.
16. Reporting internally inconsistent financial data constitutes **facial inaccuracy**, not a mere difference of opinion.

### D. TD Bank / Target – Status Without Supporting History

17. Experian reports a charge-off status for a TD Bank/Target tradeline on Plaintiff's credit report.
18. The tradeline lacks complete payment history and delinquency progression sufficient to support the reported status.
19. Reporting a severe derogatory status without the underlying historical data is misleading and materially incomplete.

## V. DAMAGES AND HARM

20. As a direct and proximate result of Experian's inaccurate and incomplete reporting, Plaintiff has suffered damages including but not limited to:
    a. Damage to credit reputation and creditworthiness;

      b. Increased difficulty obtaining credit on favorable terms;

      c. Emotional distress, frustration, and loss of time; and

      d. Out-of-pocket expenses incurred addressing the inaccuracies.

## VI. CLAIM FOR RELIEF

**Violation of the Fair Credit Reporting Act – 15 U.S.C. §1681e(b)**

21. Experian failed to follow reasonable procedures to assure maximum possible accuracy of the information it reported about Plaintiff.
22. Experian published consumer reports containing information that was inaccurate, incomplete, and misleading.
23. Experian's violations caused actual damages to Plaintiff.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Experian violated the Fair Credit Reporting Act;

B. Order Experian to correct or delete the inaccurate and incomplete tradelines;

C. Award Plaintiff actual damages pursuant to 15 U.S.C. §1681o;

D. Award costs of suit; and

E. Grant such other and further relief as the Court deems just and proper.

## VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

EXPERIAN COMPLIANT          4 of 5

Case 3:26-cv-00073-MEO-DCK   Document 1   Filed 01/28/26   Page 4 of 5

*[signature]*

JAMEEKIA SWEET HART
Plaintiff, Pro Se
BAYFEILD – 6012- PKWY #128
CONCORD NC 28027
646-359-9479
JAMEEKIAHART@GMAIL.COM

Date: 1/28/2026

EXPERIAN COMPLIANT

5 of 5

Case 3:26-cv-00073-MEO-DCK    Document 1    Filed 01/28/26    Page 5 of 5